FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the County Court at Law No. 4 of Williamson County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on June 25, 2015, the cause upon appeal to revise or reverse your judgment between

**Marquita Murray v. Nationstar Mortgage, LLC**

**Case Number:  07-15-00159-CV Trial Court Number:  14-1940-CC4**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated June 25, 2015, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on June 25, 2015.

*Vivian Long*
VIVIAN LONG, CLERK

